# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CHARIS ORR

VERSUS

MAVIS TIRE SUPPLY, LLC DBA
MAVIS DISCOUNT TIRES AKA
MAVIS TIRES AND BRAKE AND
XYZ INSURANCE COMPANY

NO.  2021 CW 1438

**FEBRUARY 25, 2022**

---

In Re:   Charis  Orr,  applying  for  supervisory  writs,  21st
         Judicial  District  Court,  Parish  of  Livingston,  No.
         169685.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                         **VGW**
                         **AHP**
                         **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT